UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HEATHER LUCHTE,<br><br>Plaintiff,<br><br>v.<br><br>BRADY COYLE,<br><br>Defendant. | Case No. 2:24-cv-00597-BLW-DKG<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION** |

Defendant Brady Coyle has moved to dismiss the complaint in this matter. On May 29, 2025, United States Magistrate Deborah K. Grasham issued a thorough, well-reasoned Report & Recommendation, in which she recommends that the Court deny Coyle's pending motion to dismiss without prejudice. No objections were filed, and Coyle has since filed an answer to the complaint. Under these circumstances, the Court will adopt the Report & Recommendation in its entirety.

Accordingly, **IT IS ORDERED that:**

1. The Report & Recommendation (Dkt. 19) is **ADOPTED IN ITS ENTIRETY** as the order of this Court.

2. Defendant's Motion to Dismiss (Dkt. 16) is **DENIED WITHOUT PREJUDICE.**

ORDER - 1



DATED: July 25, 2025

_____
B. Lynn Winmill
U.S. District Court Judge

**ORDER - 2**